# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVSION

| | |
|---|---|
| Nancy Sagona,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Experian Information Solutions, Inc.,<br><br>　　　　　Defendant. | Case No.: 8:19-cv-01848-PA-ADS<br><br>**ORDER** |

　　Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: March 24, 2020

_____
Judge: Hon. Percey Anderson